KOPPEL INDUSTRIAL CAR AND EQUIPMENT COMPANY, Respondent, v. PORTALIS

& COMPANY, LTD., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.